Opinion issued November 27, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01122-CV

____________


AUSTIN COUNTY, AUSTIN COUNTY JUDGE CAROLYN BILSKI AND
AUSTIN COUNTY COMMISSIONERS HARLAN SCHRADER, WILBERT
FRANK, JR., JAMES DUKE AND ROYCE BURGER, AND THEIR
SUCCESSORS IN OFFICE, IN THEIR OFFICIAL CAPACITIES, Appellants


V.


CARRIE GREGOR, COUNTY CLERK OF AUSTIN COUNTY AND TRAVIS J.
KOEHN, CRIMINAL DISTRICT ATTORNEY OF AUSTIN COUNTY, Appellees






On Appeal from the 155th District Court

Austin County, Texas

Trial Court Cause No. 2002V-0060






O P I N I O N

 Appellants have filed a motion to dismiss their appeal. More than 10 days has
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr. retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.